UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEVIEN CABALLERO, | No.  2:25-cv-03061-DAD-CKD |
| Plaintiff, | |
| v. | ORDER GRANTING THE PARTIES' JOINT STIPULATION TO CONSOLIDATE CASES |
| NAKED WHEY, INC., | (Doc. No. 29) |
| Defendant. | |
| VINCE INDIA, | No.  2:26-cv-01352-DAD-CKD |
| Plaintiff, | |
| v. | |
| NAKED WHEY, INC., | |
| Defendant. | |
| MARIA LIVINGSTON, | No. 2:26-cv-00754-DAD-CKD |
| Plaintiff, | |
| v. | |
| NAKED WHEY, INC., | |
| Defendant. | |

1

OLIVER TRIANA,

   Plaintiff,

  v.

NAKED WHEY, INC.,

   Defendant.

No. 2:26-cv-01369-DAD-CKD

  Before the court is the parties' joint stipulation requesting that the court consolidate the following four actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure: (1) *Caballero v. Naked Whey, Inc.*, 2:25-cv-03061-DAD-CKD ("*Caballero*"); (2) *India v. Naked Whey, Inc.*, 2:26-cv-01352-DAD-CKD ("*India*"); (3) *Livingston v. Naked Whey, Inc.*, 2:26-cv-00754-DAD-CKD ("*Livingston*"); (4) *Triana v. Naked Whey, Inc.*, 2:26-cv-01369-DAD-CKD ("*Triana*").  (2:25-cv-03061-DAD-CKD Doc. No. 29.)  The parties stipulate that these actions should be consolidated "for all purposes." (*Id.* at 4.)  Although the parties only filed their stipulation in the *Caballero* action, the stipulation filed is signed by all counsel, including counsel of record for the plaintiffs in the *India*, *Livingston*, and *Triana* actions.  (*See id.* at 5–6.)  The parties have also stipulated to the filing of a consolidated first amended complaint ("FAC") "within 35 days of an order granting consolidation." (*Id.* at 4.)  The parties have further stipulated that defendant shall respond to the consolidated FAC within 28 days of its filing, and if defendant responds with a Rule 12 motion, plaintiffs shall have 28 days to oppose such motion, and defendant shall have 14 days to reply.  (*Id.*)  Moreover, the parties have requested that the court vacate the initial scheduling conference currently set for July 13, 2026 in the *Livingston* action, to be reset following defendant's respond to the consolidated FAC.  (*Id.* at 5.)  The court notes that there is a pending motion to dismiss in the *Caballero* action (Doc. No. 18) which will become moot upon the filing of the consolidated FAC.

  Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, "[i]f actions before the court involve a common question of law or fact, the court may:  (1) join for hearing or trial any or

all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay."  In exercising its discretion, the court "weighs the saving of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause."  *Huene v. United States*, 743 F.2d 703, 704 (9th Cir. 1984).

Here, the court finds that the above-captioned actions involve the same or similar parties, claims, and questions of fact or law, and that consolidation will avoid unnecessary costs and duplication of proceedings.  Thus, good cause exists to consolidate these cases.

Accordingly,

1.    The parties' joint stipulation (*Caballero* Doc. No. 29), is adopted as follows:

     a.    The above-referenced cases shall be consolidated for all purposes, including discovery and trial, pursuant to Rule 42(a);

     b.    Plaintiffs shall file a consolidated FAC no later than June 15, 2026;

     c.    Defendant shall file its response to the consolidated FAC no later than July 13, 2026;

     d.    If defendant files a Rule 12 motion as a response to the consolidated FAC, plaintiffs shall file their opposition no later than August 10, 2026, and defendant shall file any reply no later than August 24, 2026;

     e.    The initial scheduling conference currently set for July 13, 2026 in the *Livingston* action is hereby VACATED to be reset at a later date as appropriate;

2.    The Clerk of the Court is directed to file this order in each of the above-referenced cases; and

/////

/////

/////

/////

/////

/////

3

3.       Going forward, the parties and the Clerk of the Court are directed to file documents under only the lead case number.  Future captions should indicate the lead case number followed by the member case numbers as follows:

> **Lead Case:**         **2:25-cv-03061-DAD-CKD**
>
> **Member Cases:**   **2:26-cv-01352-DAD-CKD; 2:26-cv-00754-DAD-CKD; 2:26-cv-01369-DAD-CKD**

IT IS SO ORDERED.

Dated:   **May 11, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

4